IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | CRIMINAL NO. 1:20-CR-243 |
| : | |
| v. : | (Judge Conner) |
| : | |
| **KEVIN ALYN MADZIAREK,** : | |
| : | |
| **Defendant** : | |

## ORDER

AND NOW, this 2nd day of March, 2021, upon consideration of the motion (Doc. 20) to suppress filed by defendant Kevin Alyn Madziarek, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion (Doc. 20) is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania